In the Matter of the NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY to Acquire Land of ELIZABETH L. CHRYSTIE and Others.

*Costs — when but one bill of costs can be taxed by the defendants, although they have appeared by different attorneys.*

APPEAL from an order made at a Special Term, denying a motion to modify an order theretofore made herein by Judge CULLEN.

This is a special proceeding to acquire title to lands owned by Elizabeth L. Chrystie, and of which Adams & Lang are lessees. Elizabeth L. Chrystie and Thomas W. Chrystie appeared and answered separately by Tillotson & Kent, their attorneys. Adams & Lang appeared and answered separately by W. W. Badger, their attorney.

Appeals were taken by the parties above named by their separate attorneys from the orders of the Special and General Terms, and the proceedings were finally dismissed in the Court of Appeals, with costs. On July 10, 1882, Judge CULLEN made an order on the remittitur from the Court of Appeals, allowing costs in the Supreme Court to each of the defendants.

The court at General Term said: "The decision of the Court of Appeals in this matter was that the order of the General Term be reversed and proceedings dismissed, with costs. Then the Special Term order of this court, making the order of the Court of Appeals the order of the Supreme Court, gave costs to each of the appellants. This was beyond the order of the Court of Appeals and was done with-

out notice. The Court of Appeals dismissed the proceedings, with costs, and therefore that must be held to intend costs of the proceeding in the Supreme Court. Yet it can only intend one bill of costs, and the order of the Special Term awarding costs to each appellant was unwarranted and should have been modified, and the order refusing such modification should be modified so as to allow one bill of costs in this court and the Court of Appeals to be taxed.

*C. F. Brown,* for the appellants, Elizabeth L. Chrystie and others.

*Wm. W. Badger,* for railway company, respondent.

Opinion by DYKMAN, J.; GILBERT, J., concurred; BARNARD, P. J., not sitting.

Order modified by allowing one bill of costs to be taxed and such costs to include costs in this court.